UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUN 27 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| ROSALIE J. OLSON, | CIV 07-4071 |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiff's Complaint seeking judicial review of the Commissioner's final decision denying her a period of disability commencing on September 24, 1998, and payment of disability insurance benefits and supplemental security income under Title II and Title XVI of the Social Security Act. Magistrate Judge John E. Simko issued a Report and Recommendation recommending to this Court that the Commissioner's decision be affirmed and Plaintiff's Complaint be dismissed with prejudice. No objection to the Report and Recommendation was filed. After a careful review of the transcript and the relevant case authority,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Commissioner's decision is AFFIRMED and the Plaintiff's Complaint is dismissed with prejudice.

Dated this 27th day of June, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
        DEPUTY